UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KENQUA LaSHAE SMITH,

                Petitioner,                      Case No. 1:12cv870

v.                                               Hon. Robert J. Jonker

KENNETH McKEE,

                Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on November 1, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge, filed November 1, 2012, is approved and adopted as the opinion of the court.

        **IT IS ORDERED** that the habeas corpus petition is **DENIED**.

        **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.  *See Slack v. McDaniel*, 529 U.S. 473 (2000).

                                      /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                   UNITED STATES DISTRICT JUDGE

DATED:  November 28, 2012.